NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID GAPHOOR,                               )
                                             )
         Appellant,                          )
                                             )
v.                                           )          Case No. 2D18-3498
                                             )
STATE OF FLORIDA,                            )
                                             )
         Appellee.                           )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Nicholas R. Thompson,
Judge.


PER CURIAM.


         Affirmed.  See Carpenter v. State, 785 So. 2d 1182 (Fla. 2001); Rivera v.

State, 717 So. 2d 477 (Fla. 1998); Mungin v. State, 689 So. 2d 1026 (Fla. 1995).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.